**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Katy Gersh and Joseph Goodrich, Defendants,

Of whom Katy Gersh is the Appellant

and

Of whom Joseph Goodrich is a Respondent.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-000383

Appeal From Dorchester County
Anne Gue Jones, Family Court Judge

Unpublished Opinion No. 2018-UP-367
Submitted August 29, 2018 – Filed September 10, 2018

**AFFIRMED**

Mary Patricia Crawford, of Walterboro, for Appellant.

Brent Biagio Greenberg, of Greenberg Law Firm, LLC, of Charleston, for Respondent Joseph Goodrich.

Scarlet Bell Moore, of Greenville, for Respondent South Carolina Department of Social Services.

Mary Lee Briggs, of Charleston, for the Guardian ad Litem.

---

**PER CURIAM:**  Katy Gersh appeals from the family court's final order terminating her parental rights to her minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2017).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve Gersh's counsel.

**AFFIRMED.**[1]

**KONDUROS, MCDONALD, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.